CUYAHOGA COUNTY BAR ASSOCIATION *v.* JOSSELSON.

[Cite as Cuyahoga Cty. Bar Assn. *v.* Josselson (1989), 43 Ohio St. 3d 154.]

(No. D.D. 88-33—Submitted March 29, 1989—Decided June 7, 1989.)

*Michael E. Murman,* for relator.
*Adrian B. Fink, Jr.,* for respondent.

*Per Curiam.* We concur in the board's findings. We also impose a six-month suspension. However, in view of the extreme severity of respondent's emotional problems, we suspend the execution of this penalty and place respondent on probation for a period of one year, on the condition that he seek appropriate psychiatric help. Pursuant to Gov. Bar R. V(23)(a)(iii) and (b), relator shall appoint a monitoring attorney who shall monitor respondent's compliance with the terms of probation.

Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.